# United States District Court
# For The Western District of North Carolina
# Statesville Division

RICHARD LEN TAYLOR, JR.,

      Plaintiff(s),    JUDGMENT IN A CIVIL CASE

vs.    CASE NO. 5:06CV100-2-V

UNITED STATES OF AMERICA,

      Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 16, 2006, Order.

      Signed: August 16, 2006

Frank G. Johns, Clerk
United States District Court