UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
September 12, 2006

No. 06-4928
5:04-cr-00028-2
5:06-cv-00100

UNITED STATES OF AMERICA

           Plaintiff - Appellee

   v.

RICHARD LEN TAYLOR, JR.

           Defendant - Appellant

---------
O R D E R
---------

     The Court appoints James O. Rice, Jr. as counsel for the

appellant.

For the Court - By Direction

/s/  Patricia S. Connor
_____
CLERK

Nunc Pro Tunc Date:  08/25/06